UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FORREST TREY ERICKSON,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

Case No. C19-5331-MLP

ORDER

          This matter comes before the Court on remand from the Ninth Circuit, with instructions to vacate the Commissioner's decision and remand for further consideration. (Dkt. # 18.) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Ninth Circuit's decision. (*See* dkt. # 17.) Specifically, the administrative law judge shall reconsider the step-five findings and any part of the Commissioner's decision impacted by that evidence.

          Dated this 6th day of October, 2021.

                                        MICHELLE L. PETERSON
                                        United States Magistrate Judge

ORDER - 1